UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 FEB 29  P 4: 04

ANDRE SCOTT

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY

CIVIL ACTION

NO. 06-917-JVP-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation (doc. 18) of United States Magistrate Christine Noland dated January 11, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the ALJ's decision is affirmed and Plaintiff's appeal is dismissed, with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, February 29, 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA